# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE WATROUS, <br><br> Petitioner, <br><br> vs. <br><br> MATTHEW CATE, Warden, <br><br> Respondent. | Case No. ED CV 12-402 MWF (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, Petitioner's objections to the original Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. After considering Petitioner's objections, the Court engaged in a <u>de novo</u> review of the Final Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: January 28, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE